FILED BY [signature] D.C.
05 SEP -1 PM 3:57
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 04-20374 Ml
)
TANYA WILLIAMSON, )
)
Defendant. )
)

ORDER GRANTING MOTION TO CONTINUE

Before the Court is the Defendant's motion to continue the September 2, 2005 sentencing. Good cause having been shown, the motion is hereby GRANTED and the sentencing in this matter is RESET to Wednesday, October 5, 2005, at 8:45 a.m.

IT IS SO ORDERED this 2 day of September, 2005.

[signature]
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20374 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT