FILED BY _____ IN THE UNITED STATES DISTRICT COURT                FILED BY ____CAS____ D.C.
                FOR THE WESTERN DISTRICT OF TENNESSEE
05 DEC -6  AM 8: 48          WESTERN DIVISION                     2005 DEC -5  PM 1: 50

UNITED STATES OF AMERICA,

   Plaintiff,

Vs.                                 No. 04-20374 MI

                                    MOTION GRANTED
TANYA WILLIAMSON,
                                    Reset to:                      JON PHIPPS McCALLA
   Defendant.                       Wed. 1/4/06 at                 U.S. DISTRICT JUDGE
                                    8:45 A.M.                      12/5/05

## MOTION TO CONTINUE DECEMBER 6, 2005 SENTENCING

The Defendant moves the Court to continue the December 6, 2005 Sentencing Hearing presently set in this case. The Defendant was indicted on August 31, 2005 on an additional charge stemming from similar activity that occurred after the time period alleged in the case at bar. Sentencing guidelines allow for enhanced sentencing in the case at bar if the additional case is still pending when the defendant is sentenced. The Defendant, by and through her attorney, has reviewed the information in the second indictment and is attempting to work with the U.S. Attorney to reach a disposition of the second charge. Therefore, the Defendant is requesting that the sentencing set in this case be continued for an additional 30 days in order to allow time to settle the subsequent charge prior to sentencing. The United States Attorney, R. Oliver, has no objection to this motion.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-6-05_



Respectfully submitted,

*Sheila D. Brown*

Sheila D. Brown (015391)
Attorney at Law
9160 Highway 64, Suite 12
Lakeland, TN 38002
(901) 849-3274

## CERTIFICATION OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Ms. R. Oliver, Assistant United States Attorney, 167 N. Main Street, 8th Floor, Memphis, Tennessee 38103 this 5th day of December, 2005.

Sheila D. Brown

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CR-20374 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Jon McCalla
US DISTRICT COURT